830

No. 96–9033. MEZA v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 96–9037. DELANEY v. TROUTMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–9040. STEWART v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC/CLASSIFICATION CENTER, CAMP HILL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9041. STARR v. SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–9047. VALENTINE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–9050. ROSEMOND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9052. McGRAW v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 96–9056. McMILLAN v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 96–9057. LAWRENCE v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–9058. MEJIAS v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 96–9062. PRELLWITZ v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 96–9063. PESEK v. LINCOLN COUNTY ET AL. Ct. App. Wis. Certiorari denied.

No. 96–9064. CHARRON v. THOMPSON ET AL. Sup. Ct. Mo. Certiorari denied.

No. 96–9065. SCHAFFER v. KIRKLAND ET AL. C. A. 3d Cir. Certiorari denied.